IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY | ) | Case No.: 1:18-cv-2701 |
| | ) | |
| Plaintiff, | ) | Judge Dan A. Polster |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| YORK SALES INC. | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

> Approved. The Court shall retain jurisdiction to ensure the settlement agreement is executed.
> It is SO ORDERED.
> s/Dan Aaron Polster United States District Judge April 10, 2019

Plaintiff The NOCO Company, by and through its undersigned counsel, hereby stipulates, pursuant to the terms of a Settlement Agreement ("Settlement Agreement") with Defendant York Sales Inc. and Rule 41(a) of the Federal Rules of Civil Procedure, that Plaintiff's claims are dismissed with prejudice, with each party to bear its own costs. The Court shall retain jurisdiction over the Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Katie L. Steiner* | */s/ Kevin Kehrli\** |
| Michael J. Garvin (0025394) | Kevin Kehrli (New York Bar No. 5333876) |
| Katie L. Steiner (0096933) | GARSON, SEGAL, STEINMETZ, FLADGATE LLP |
| VORYS, SATER, SEYMOUR AND PEASE LLP | 164 West 25th Street, Suite 11R |
| 200 Public Square, Suite 1400 | New York, NY  10001 |
| Cleveland, OH  44114 | Telephone:  (212) 380-3623 |
| Telephone:  (216) 479-6100 | Email:     kk@gs2law.com |
| Facsimile:  (216) 479-6060 | |
| Email:     mjgarvin@vorys.com | *signed with electronic consent |
|           klsteiner@vorys.com | |
| | *Attorney for Defendant York Sales Inc.* |
| *Attorneys for Plaintiff The NOCO Company* | |